No. 13. Ex Parte Brignoni.—Solicitud para que se expida mandamiento de *habeas corpus*. Resuelto en abril 3, 1907. Referido al Juez de la Sección 2ª. de la Corte de Distrito de San Juan. Abogado del peticionario: *Sr. Freyre.*

---

No. 128. Umpierre *v.* Wenar.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en abril 9, 1907. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento de este tribunal. Abogado del promovente: *Sr. Juan de Guzmán Benítez.* Abogado de la parte contraria: *Sr. Cayetano Coll y Cuchí.*

---

No. 135. Labadié et al. *v.* Pellot.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción para que se desestime la apelación. Resuelto en abril 16, 1907. Desestimada la apelación, por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento de este tribunal. Abogado del promovente: *Sr. Damián Monserrat.* Abogado de la parte contraria: *Sres. Horton y Cornwell.*

---

No. 137. Ex Parte Rodríguez.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en abril 29, 1907. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento de este tribunal. Abogado del promovente: *Sr. Morera.* Abogado de la parte contraria: *Sr. Anderson, Jr.*

---

No. 14. Ex Parte Belpré.—Solicitud para que se expida mandamiento de *habeas corpus*. Resuelto en mayo 14, 1907. Denegada la solicitud. Abogado del peticionario: *Sr. Rodríguez Cebollero.*